FILED

MAR 27 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-91 |
| TAMMY KEEFER<br>a/k/a Tammy Coffman | |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Mary McKeen Houghton, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of the defendant, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with Tax Evasion, in violation of Title 26, United States Code, Section 7201 (Counts One and Two). Recommended bond: detention.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: *Mary McKeen Houghton*
MARY MCKEEN HOUGHTON
Assistant U.S. Attorney
PA ID No. 31929